EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
JONATHAN B. KLINCK (CBN 119926)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8561
    Facsimile: (213) 894-7819
    E-mail: jon.klinck@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>10.00 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; JEANA LEE CASS, et al.,<br><br>    Defendants. | No. EDCV 15-1458 GW (KKx)<br><br>FINAL JUDGMENT<br><br>The Honorable George H. Wu |

    Based on the filed Stipulation of Plaintiff United States and defendant Jeana Lee Cass ("Ms. Cass"), and good cause appearing therefor,

///

///

///

///

///

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall and hereby does have the fee interest in approximately 10.00 acres of real property in San Bernardino County, California, formerly owned by Ms. Cass, as more particularly described as follows: The Southeast Quarter of the Southwest Quarter of the Northwest Quarter of Section 16, Township 13 North, Range 1 East, San Bernardino Meridian, in the County of San Bernardino, State of California, according to the Official Plat thereof, also known as tract no. 843 and as Assessor's Parcel Number 0519-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, containing 10.00 acres, more or less ("Subject Property"), as stated in the Declaration of Taking filed herein (Dkt. #8).  The United States will take title to the Subject Property in fee simple, which title, however, is subject to existing easements for public roads and highways, public utilities, railroads, pipelines, and to the right of the people to fish upon the Subject Property as reserved in the Patent from the State of California.

2. The just compensation payable by the United States to Ms. Cass for the taking of the Subject Property, together with all improvements thereon and appurtenances thereunto belonging, shall be the sum of Twenty-One Thousand Six Hundred Dollars ($21,600.00) inclusive of interest, attorneys' fees, and costs.

3. The sum of $21,600 shall be subject to all liens, encumbrances, and charges of whatsoever nature existing against the Subject Property at the time of vesting of title thereto in the United States and all such taxes, assessments, liens and encumbrances shall be payable and deductible from the $21,600.00 by Ms. Cass.

4. Ms. Cass warrants that on the date of taking she had exclusive right to the compensation herein, excepting the interest of parties having liens or encumbrances of record and unpaid taxes and assessments, if any.  Ms. Cass further warrants that no other person or entity is entitled to the receive compensation for the Subject Property.  In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Subject Property, Ms. Cass shall refund

into the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the deposit by Ms. Cass to the date of her repayment into the Registry of the Court.

5. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, and any other expenses). The parties hereto consent to the entry of all orders and judgment necessary to effectuate this stipulation and agreement.

6. Upon entry of Judgment, Ms. Cass may seek immediate distribution of all sums on deposit in the Registry of the Court in this action, together with any interest earned thereon while on deposit.

DATED: September 26, 2016

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
DOROTHY M. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

   /s/
_____
JONATHAN B. KLINCK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America